**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RYAN PFLIPSEN,<br>  PLAINTIFF | §<br>§ | |
| VS. | § | CIVIL ACTION |
| | § | |
| WENDY'S OF SAN ANTONIO, INC., | § | FILE NO. 5:19-CV-279 |
|   DEFENDANT | §<br>§ | |

## NOTICE OF SETTLEMENT

Plaintiff RYAN PFLIPSEN ("Plaintiff") and Defendant WENDY'S OF SAN ANTONIO, INC. ("Defendant"), collective, the "Parties", respectfully provide this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

                Respectfully submitted,

                **KURZ LAW GROUP, LLC**
                1640 Powers Ferry Road, SE, Suite 17-200
                Marietta, GA 30067
                www.kurzlawgroup.com
                (404) 805-2494 Telephone
                (770) 428-5356 Facsimile

By:   */s/ Dennis R. Kurz*
        Dennis R. Kurz
        Texas State Bar No. 24068183
        dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of October, 2019, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Steve A. Miller
FISHER & PHILLPS, LLP
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
*Attorney for Defendant*

                                       */s/ Dennis R. Kurz*
                                       Dennis R. Kurz