IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:19-cv-279-DAE |
| WENDY'S OF SAN ANTONIO, INC., ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

COMES NOW the Plaintiff, Ryan Pflipsen ("Plaintiff"), by and through the undersigned counsel, and hereby files this Unopposed Motion to Dismiss Complaint with Prejudice.

Respectfully submitted this 21st day of October, 2019.

        Respectfully submitted,

        **KURZ LAW GROUP, LLC**
        1640 Powers Ferry Road, SE, Suite 17-200
        Marietta, GA 30067
        www.kurzlawgroup.com
        (404) 805-2494 Telephone
        (770) 428-5356 Facsimile

        By:  */s/ Dennis R. Kurz*
              Dennis R. Kurz
              Texas State Bar No. 24068183
              dennis@kurzlawgroup.com
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 21st day of October, 2019, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Richard J. Karam, Esq.
LAW OFFICES OF RICHARD J. KARAM
8118 Datapoint Drive
San Antonio, TX 78229
*Attorney for Defendant,*
*Wendy's of San Antonio, Inc.*

Steve A. Miller, Esq.
FISHER & PHILLPS, LLP
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
*Attorney for Defendant,*
*Wendy's of San Antonio, Inc.*

                                            */s/ Dennis R. Kurz*
                                            Dennis R. Kurz